IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BARABINO,

      Plaintiff,                      No. 2:13-0728 JAM CKD PS

      vs.

PETER DEANGELI, et al.,

      Defendants.            ORDER

/

        Plaintiff is proceeding in this action pro se. Plaintiff alleges claims under the Fair Housing Act, 42 U.S.C. § 3612(o). Venue for actions brought under that section is provided under 28 U.S.C. § 1391.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

        In this case, there is no indication in the complaint where defendants reside. However, it appears that a substantial part of the events giving rise to plaintiff's claims occurred

in Reno, Nevada, which is situated in District of Nevada.  Therefore, plaintiff's claim should have been filed in the United States District Court, District of Nevada, Reno.  In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

        Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the District of Nevada, Reno.

Dated: April 18, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 barabino728.tra